# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0904
LT Case No. 2023-SC-001148

_____

MONIQUA BARGER,

Appellant,

v.

MELISSA CANDOW-YOST,

Appellee.

_____

On appeal from the County Court for Flagler County.
Andrea Totten, Judge.

Moniqua Barger, Palm Coast, pro se.

Melissa Candow-Yost, Ocala, pro se.

January 10, 2025

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and EISNAUGLE, J., concur.
MAKAR, J., dissents with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

MAKAR, J., dissenting.

In this non-jury action, the record evidence establishes an enforceable written contract involving two horses that Moniqua Barger gave to Melissa Candow-Yost conditioned on their return if the latter no longer wanted them. Candow-Yost euthanized one of the horses without Barger's consent, precipitating a breach of contract action. The trial court concluded that the contract was unenforceable, which was error. As such, reversal is warranted so that Barger can seek to enforce the agreement with Candow-Yost.